**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON DIVISION**

IN RE:

Terry Louise Brown aka Terry L. Brown-Gilliam

Debtor(s).

Case No. 22-15591-MBK
Chapter 13

## NOTICE OF APPEARANCE

**AM Solutions LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

By: /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 009221995
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 8th day of August, 2022, to the following:

Edward L Paul
Paul and Katz, P.C.
1103 Laurel Oak Road
Suite 105C
Voorhees, NJ 08043
elp@paulandkatzlaw.com
*Attorney for Debtor(s)*

Albert Russo
CN 4853
Trenton, NJ 08650-4853
docs@russotrustee.com
*Chapter 13 Trustee*

U.S. Trustee
Office of the US Trustee
One Newark Center
Ste 2100
Newark, NJ 07102
ustpregion03.ne.ecf@usdoj.gov
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Terry Louise Brown aka Terry L. Brown-Gilliam
338 Barclay Street
Burlington, NJ 08016

*Debtor(s)*

      By:     /s/ Steven K. Eisenberg
            Steven K. Eisenberg, Esquire