UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Edward L. Paul, Esquire (EP8529)
Law Office of Edward L. Paul, P.C.
1103 Laurel Oak Road, Suite 105C
Voorhees, New Jersey 08043
(856) 435-6565
Attorneys for Debtor

In Re:

TERRY LOUISE BROWN a/k/a TERRY
BROWN-GILLIAM

Case No.: _____22-15591_____

Chapter: _____13_____

Adv. No.: _____

Hearing Date: _____11/22/22_____

Judge: ___Michael B. Kaplan___

## CERTIFICATION OF SERVICE

1.  I, _____Veronica A. Buckley_____ :

☐ represent _____ in this matter.

☒ am the secretary/paralegal for _Law Office of Edward L. Paul_, who represents

_____Debtor_____ in this matter.

☐ am the _____ in this case and am representing myself.

2.  On _____October 20, 2022_____, I sent a copy of the following pleadings and/or documents
to the parties listed in the chart below.
Notice of Chapter 13 Plan Transmittal and Amended Plan dated October 13, 2022

3.  I certify under penalty of perjury that the above documents were sent using the mode of service
indicated.

Date: __10/20/22_____        \s\ Veronica A. Buckley_____
                                  Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| FCI Lender Services, Inc.<br>8180 Kaiser Blvd.<br>Anaheim Hills, CA 92808 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Steven Kelly, Esquire<br>Stern & Eisenberg, P.C.<br>1120 Route 73, Suite 400<br>Mt. Laurel, NJ 08054 | Attorney for FCI Lender Services, Inc., Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Jersey Housing and Mtg. Fin. Agency<br>637 South Clinton Avenue<br>Trenton, NJ 08611 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Jersey Attorney General Office<br>Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street, P.O. Box 112<br>Trenton, NJ 08625-0112 | New Jersey Attorney General | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

LAW OFFICE OF

# EDWARD L. PAUL, P.C.

**EDWARD L. PAUL, ESQUIRE\***

**1103 LAUREL OAK ROAD, SUITE 105C**
**VOORHEES, NEW JERSEY 08043**
**(856) 435-6565**
**FAX: (856) 435-7064**
elp@edwardlpaulpc.com

\*MEMBER OF PA AND NJ BAR

October 20, 2022

FCI Lender Services, Inc.
8180 Kaiser Blvd.
Anaheim Hills, CA 92808

Steven Kelly, Esquire
Stern & Eisenberg, P.C.
1120 Route 73, Suite 400
Mt. Laurel, NJ 08054

New Jersey Housing and Mtg. Fin. Agency
637 South Clinton Avenue
Trenton, NJ 08611

New Jersey Attorney General Office
Division of Law
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625-0112

Re:    Terry Louise Brown a/k/a Terry L. Brown-Gilliam
       Bankruptcy Case No.  22-15591

Dear Sir/Madam:

Enclosed please find a Notice of Chapter 13 Plan Transmittal for the Amended Plan filed by Ms. Brown on October 13, 2022.  The Confirmation Hearing has been rescheduled to November 22, 2022 at 10:00 a.m.

Thank you for your attention and consideration in this matter.

Very truly yours,

EDWARD L. PAUL, ESQUIRE

ELP/vb
Enclosures

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

Edward L. Paul, Esquire (ELP8529)
Law Office of Edward L. Paul, P.C.
1103 Laurel Oak Road, Suite 105C
Voorhees, New Jersey 08043
(856) 435-6565
Attorneys for Debtor

| | |
|---|---|
| In Re:<br><br>TERRY LOUISE BROWN a/k/a TERRY L. BROWN-GILLIAM | Case No.: _____22-15591_____<br><br>Hearing Date: _____11/22/22_____<br><br>Judge: _____Michael B. Kaplan_____ |

## NOTICE OF CHAPTER 13 PLAN TRANSMITTAL

The enclosed ☐ plan, ☒ modified plan is proposed by the debtor and was filed on
_____October 13, 2022_____. It has been served on you because the plan contains motions
that may adversely affect your interest.

> Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. This plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

☒ **Real Property:**

The debtor(s) has valued real property located at 338 Barclay Street, Burlington,
New Jersey 08016 at $196,000.00. The debtor(s) believes the
first lien on the property to be in the approximate amount of $168,484.00. The debtor believes the

second lien on the property is in the approximate amount of $92,100.00.  As such, the debtor(s) believes there is inadequate equity available to satisfy your lien and seeks through the plan to reduce, modify or eliminate your lien.  The debtor's valuation of the property is based on: (a) comparative market analysis; (b) broker price opinion; (c) appraisal; or (d) other: _____, a copy of which is attached. All forms of relief sought by motion appear in Part 7 of the plan.

☐ **Personal Property:**

The debtor(s) has valued personal property described as: _____
_____ at $_____.
The debtor(s) believes the lien on the property to be in the approximate amount of $_____
[*insert other liens as appropriate*]. As such, the debtor(s) believes there is inadequate equity available to satisfy your lien and seeks through the plan to reduce, modify or eliminate your lien.

The debtor's valuation of the property is based on: (a) broker price opinion; (b) appraisal; or (c) other: _____, a copy of which is attached. All forms of relief sought by motion appear in Part 7 of the plan.

The Confirmation Hearing is scheduled for _____ November 22, 2022 _____.
Objections to any relief sought in the plan, including relief sought by motion, must be filed with the Clerk of the Bankruptcy Court no later than 7 days prior to the confirmation hearing.

YOU SHOULD CONSULT WITH AN ATTORNEY PROMPTLY, SINCE ENTRY OF AN ORDER OF CONFIRMATION WILL BIND YOU TO ALL OF THE TERMS OF THE CONFIRMED PLAN.

*rev.8/1/17*

STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.

| 0 Valuation of Security | 1 Assumption of Executory Contract or Unexpired Lease | 1 Lien Avoidance |
|---|---|---|

Last revised: August 1, 2020

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re: **Terry Louise Brown**

Case No.: **22-15591**

Judge: **Michael B. Kaplan,**

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original
☑ Motions Included

☑ Modified/Notice Required
☐ Modified/No Notice Required

Date: 10/13/2022

### THE DEBTOR HAS FILED FOR RELIEF UNDER
### CHAPTER 13 OF THE BANKRUPTCY CODE.

### YOUR RIGHTS MAY BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance. *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.***

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☑ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

1

Initial Debtor(s)' Attorney  **ELP**          Initial Debtor:  **TLB**          Initial Co-Debtor  _____

## Part 1:  Payment and Length of Plan

     a.  The debtor shall pay **$1,200.00 Monthly for 3 months, then $1,320.00 Monthly for 57 months** to the Chapter 13 Trustee, starting on  **August 15, 2022**  for approximately **60** months.

     b.  The debtor shall make plan payments to the Trustee from the following sources:
- [x] Future Earnings
- [ ] Other sources of funding (describe source, amount and date when funds are available):

     c.  Use of real property to satisfy plan obligations:
- [ ] Sale of real property
  Description:
  Proposed date for completion:          _____

- [ ] Refinance of real property:
  Description:
  Proposed date for completion:          _____

- [ ] Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion:          _____

     d.  [ ]  The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

     e.  [ ]  Other information that may be important relating to the payment and length of plan:

## Part 2:  Adequate Protection                                    **X NONE**

     a.  Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

     b.  Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3:  Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Edward L. Paul EP8529 | Attorney Fees | 3,113.00 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:
- [x] None
- [ ] The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| FCI Lender Services, Inc. servicer | 338 Barclay Street Burlington, NJ 08016 Burlington County | 64,573.45 | 0.00 | 64,573.45 | 401.16 |
| Select Portfolio Servicing, Inc | 338 Barclay Street Burlington, NJ 08016 Burlington County | 1,511.85 | 0.00 | 1,511.85 | 1,324.15 |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

### c. Secured claims excluded from 11 U.S.C. 506: ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☐ NONE

1.)  The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

3

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| New Jersey Housing and Mtg. Fin. Agency | 338 Barclay Street Burlington, NJ 08016 Burlington County | 29,135.00 | 196,000.00 | Mortgage Select Portfolio Servicing, Inc - 168,484.00 Mortgage FCI Lender Services, Inc. servicer - 101,326.24 | No value | N/A | 0.00 |

2.)  Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e.  Surrender** ☑ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f.  Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Creditor
**Ally Financial**

**g.  Secured Claims to be Paid in Full Through the Plan** ☑ **NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |
| | | |

## Part 5:  Unsecured Claims    ☐ NONE

a. **Not separately classified**  allowed non-priority unsecured claims shall be paid:

☐    Not less than $___ to be distributed *pro rata*

☐    Not less than ___ percent

☑    *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|

## Part 6:  Executory Contracts and Unexpired Leases    ☐ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| **Nissan Motor Acceptance Corp/Infiniti** | 0.00 | **Lease of 2020 Nissan Rogue - 36 month lease started 1/17/21 in the amount of $398.00 per month Monthly payments: $398.00** | **NO Arrearage** | 398.00 |

## Part 7:  Motions   ▮ NONE

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

### a.  Motion to Avoid Liens under 11 U.S.C. Section 522(f). ☐ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| **New Jersey Housing and Mtg. Fin. Agency** | **338 Barclay Street Burlington, NJ 08016 Burlington County** | **Mortgage** | **29,135.00** | **196,000.00** | **24,000** | **269,810.24** | **29,135.00** |

### b.  Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured. ☐ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| New Jersey Housing and Mtg. Fin. Agency | 338 Barclay Street Burlington, NJ 08016 Burlington County | 29,135.00 | 196,000.00 | Mortgage Select Portfolio Servicing, Inc - 168,484.00 Mortgage FCI Lender Services, Inc. servicer - 101,326.24 | No value | 29,135.00 |

**c.  Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8:  Other Plan Provisions

**a.  Vesting of Property of the Estate**
- ☑  Upon Confirmation
- ☐  Upon Discharge

**b.  Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c.  Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee Commissions
2) Other Administrative Claims
3) Secured Claims
4) Lease Arrearages
5) Priority Claims
6) General Unsecured Claims

**d.  Post-Petition Claims**

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:  Modification   ■ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

| If this Plan modifies a Plan previously filed in this case, complete the information below. Date of Plan being modified: **July 13, 2022**. | |
|---|---|
| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
| To elimate cramdown of 2nd mortgage and to add 1st mortgage arrears | No cramdown of 2nd mortgage and 1st mortgage arrears paid through plan |

Are Schedules I and J being filed simultaneously with this Modified Plan?   ☑ Yes     ☐ No

## Part 10 :  Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☑ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date:  10/13/2022 _____        \s\ Terry Louise Brown _____
                                             **Terry Louise Brown**
                                             Debtor
Date: _____                    _____
                                             Joint Debtor

Date   10/13/2022 _____        \s\ Edward L. Paul _____
                                             **Edward L. Paul EP8529**
                                             Attorney for the Debtor(s)

7

Ralph Rizziello
KW Realty
513 S Lenola Road
Moorestown, NJ 08057
856-316-1100 Office
609-638-1410 Cell

October 20, 2022

Reference 338 Barclay in Burlington City, NJ, Ride-by Assessment of Value.

328 Elm Ave, Burlington City is a semi attached property with 4 bedrooms and 1 ½ baths and
1742 Sq Ft.  The home was a full rehab and a flip and went under contract August 1 of this year.
It is in the Farberville section of the city which I would argue is a better neighborhood. It sold at
a time in late July when interest rates were significantly lower at around 5 to 5.5%, now interest
rates are now a bit over 6%.  The adjustments would come in as follows:

Semi Attached vs. subject being a full Row home $10 - $15,000
1½ bath vs. 1 bath $8000 to $12,000
Full rehab vs. as is bankruptcy sale $20,000 to $40,000
Interest rate environment $10,000
Slightly smaller square footage value advantage of about $5000 to $10,000

I would place adjusted value of the subject property based on this listing at not more than
$170,000

Respectfully

Ralph Rizziello
Keller Williams Realty
513 S Lenola Road
Moorestown, NJ 08057
609-638-1410 Cell
856-316-1100 office



Ralph Rizziello
Keller Williams Realty - Moorestown
Office Ph: (856) 316-1100
Ph:

23 E Federal St, Burlington, NJ 08016
$70,000



| | |
|---|---|
| MLS #: | **NJBL2033162** |
| Status: | **Pending** |
| Property Type: | **Residential** |
| Tax ID: | **05-00155-00013** |
| School District: | **Burlington City Schools** |
| Subdivision: | **NONE AVAILABLE** |
| Central Air: | **No** |
| Heating Type: | **Central** |
| Beds: | **5** |
| Baths: | **1** |
| Above Grade Finished SQFT: | **2,064** |
| Acres/Lot SF: | **0.04 / 1681** |
| Lot Dimensions: | **17.00 x 99.00** |
| Archit. Style: | **Colonial** |
| Year Built: | **1900** |

 

## 25 E Federal St, Burlington, NJ 08016
## $85,000



1 / 10

| | |
|---|---|
| MLS #: | **NJBL2032608** |
| Status: | **Pending** |
| Property Type: | **Residential** |
| Tax ID: | **05-00155-00014** |
| School District: | **Burlington City Schools** |
| Subdivision: | **BELMONT** |
| Central Air: | **No** |
| Heating Type: | **Central** |
| Beds: | **5** |
| Baths: | **1** |
| Above Grade Finished SQFT: | **1,824** |
| Acres/Lot SF: | **0.04 / 1877** |
| Lot Dimensions: | **19.00 x 99.00** |
| Archit. Style: | **Other** |
| Year Built: | **1900** |



## 214 W Union St, Burlington, NJ 08016
## $99,750



1 / 4

| | |
|---|---|
| MLS #: | NJBL2026150 |
| Status: | **Closed** |
| Property Type: | **Residential** |
| Tax ID: | **05-00016-00015** |
| School District: | **Burlington City Schools** |
| Subdivision: | **LONDON SQUARE** |
| Central Air: | **No** |
| Heating Type: | **Radiator** |
| Beds: | **3** |
| Baths: | **1/0** |
| Above Grade Finished SQFT: | **2,016** |
| Acres/Lot SF: | **0.04 / 1600** |
| Lot Dimensions: | **16.00 x 100.00** |
| Archit. Style: | **Other** |
| Year Built: | **1900** |

 

## 430 York St, Burlington, NJ 08016
## $140,000



1 / 11

| | |
|---|---|
| MLS #: | **NJBL2033000** |
| Status: | **Closed** |
| Property Type: | **Residential** |
| Tax ID: | **05-00138-00028** |
| School District: | **Burlington City Schools** |
| Subdivision: | **NONE AVAILABLE** |
| Central Air: | **No** |
| Heating Type: | **Forced Air** |
| Beds: | **5** |
| Baths: | **2** |
| Above Grade Finished SQFT: | **1,704** |
| Acres/Lot SF: | **0.04 / 1742.4** |
| Lot Dimensions: | **16.00 x 105.00** |
| Archit. Style: | **Victorian** |
| Year Built: | **1880** |

 

## 307 Penn St, Burlington, NJ 08016
## $149,900



1 / 25

| | |
|---|---|
| MLS #: | **NJBL2030878** |
| Status: | **Pending** |
| Property Type: | **Residential** |
| Tax ID: | **05-00124-00033** |
| School District: | **Burlington City Schools** |
| Subdivision: | **YORKSHIRE** |
| Central Air: | **No** |
| Heating Type: | **Forced Air** |
| Beds: | **4** |
| Baths: | **1** |
| Above Grade Finished SQFT: | **1,888** |
| Acres/Lot SF: | **0.08 / 3280** |
| Lot Dimensions: | **22.00 x 149.00** |
| Archit. Style: | **Colonial** |
| Year Built: | **1873** |

 - - 

## 418 York St, Burlington, NJ 08016
## $155,000



1 / 10

| | |
|---|---|
| MLS #: | **NJBL2023006** |
| Status: | **Closed** |
| Property Type: | **Residential** |
| Tax ID: | **05-00138-00022** |
| School District: | **Burlington City Schools** |
| Subdivision: | **NONE AVAILABLE** |
| Central Air: | **No** |
| Heating Type: | **Forced Air** |
| Beds: | **3** |
| Baths: | **1/1** |
| Above Grade Finished SQFT: | **1,820** |
| Lot Dimensions: | **28.00 x 139.00** |
| Archit. Style: | **Other** |
| Year Built: | **1900** |

 

## 840 Columbus Rd, Burlington, NJ 08016
## $159,900



1 / 20

| | |
|---|---|
| MLS #: | **NJBL2026322** |
| Status: | **Pending** |
| Property Type: | **Residential** |
| Tax ID: | **05-00214-00012** |
| School District: | **Burlington City Schools** |
| Subdivision: | **YORKSHIRE** |
| Central Air: | **No** |
| Heating Type: | **Hot Water, Radiator** |
| Beds: | **4** |
| Baths: | **2** |
| Above Grade Finished SQFT: | **1,892** |
| Acres/Lot SF: | **0.08 / 3372** |
| Lot Dimensions: | **25.00 x 135.00** |
| Archit. Style: | **Colonial** |
| Year Built: | **1864** |
| Detached Garage - # of Spaces | **2** |

 

Case 22-15591-MBK

426 York St, Burlington, NJ 08016
$163,000



1 / 14

| MLS #: | NJBL2012056 |
|---|---|
| Status: | **Closed** |
| Property Type: | **Residential** |
| Tax ID: | **05-00138-00026** |
| School District: | **Burlington City Schools** |
| Subdivision: | **YORKSHIRE** |
| Central Air: | **No** |
| Heating Type: | **Baseboard - Hot Water** |
| Beds: | **4** |
| Baths: | **2** |
| Above Grade Finished SQFT: | **1,748** |
| Acres/Lot SF: | **0.07 / 2940** |
| Lot Dimensions: | **20.00 x 147.00** |
| Archit. Style: | **Colonial** |
| Year Built: | **1880** |



Email from Oct 20 2022 - Matrix Portal                                    https://matrix.brightmls.com/Matrix/Public/Portal.aspx?ID=DE-191...

## 328 Elm Ave, Burlington, NJ 08016
## $210,000



1 / 38

| | |
|---|---|
| MLS #: | **NJBL2027548** |
| Status: | **Closed** |
| Property Type: | **Residential** |
| Tax ID: | **05-00108-00016** |
| School District: | **Burlington City Schools** |
| Subdivision: | **FARNERVILLE** |
| Central Air: | **No** |
| Heating Type: | **Baseboard - Hot Water, Radiator** |
| Beds: | **4** |
| Baths: | **1/1** |
| Above Grade Finished SQFT: | **1,742** |
| Acres/Lot SF: | **0.09 / 3746** |
| Lot Dimensions: | **25.00 x 150.00** |
| Archit. Style: | **Colonial** |
| Year Built: | **1920** |

 

Email from Oct 20 2022 2 transportation    https://matrix.trendmls.com/Matrix/Public/Portal.aspx?ID=DE-191...

## 348 Elm Ave, Burlington, NJ 08016
## $240,000



1 / 27

| | |
|---|---|
| MLS #: | **NJBL2030092** |
| Status: | **Closed** |
| Property Type: | **Residential** |
| Tax ID: | **05-00108-00009** |
| School District: | **Burlington City Schools** |
| Subdivision: | **FARNERVILLE** |
| Central Air: | **Yes** |
| Heating Type: | **Forced Air** |
| Beds: | **3** |
| Baths: | **1/1** |
| Above Grade Finished SQFT: | **1,760** |
| Acres/Lot SF: | **0.09 / 3746** |
| Lot Dimensions: | **25.00 x 150.00** |
| Archit. Style: | **Colonial** |
| Year Built: | **1910** |



356 Barclay St, Burlington, NJ 08016
$320,000



1 / 28

| | |
|---|---|
| MLS #: | **NJBL2029856** |
| Status: | **Active Under Contract** |
| Property Type: | **Residential** |
| Tax ID: | **05-00130-00013** |
| School District: | **Burlington City Schools** |
| Subdivision: | **NONE AVAILABLE** |
| Central Air: | **Yes** |
| Heating Type: | **Forced Air** |
| Beds: | **4** |
| Baths: | **3** |
| Above Grade Finished SQFT: | **2,200** |
| Acres/Lot SF: | **0.03 / 1485** |
| Lot Dimensions: | **17.50 x 85.00** |
| Archit. Style: | **Other** |
| Year Built: | **1893** |

All information courtesy of Ralph Rizziello

© BRIGHT MLS - Information, although reliable, is not guaranteed and should be independently verified. Measurements may not be exact and should not be relied upon. School service boundaries are intended to be used as a reference only, to verify school information contact the school and/or school district directly. Copyright 2022. Created: 10/20/2022 12:48 PM

