Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  22−15591−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Terry Louise Brown
   aka Terry L. Brown−Gilliam
   338 Barclay Street
   Burlington, NJ 08016

Social Security No.:
   xxx−xx−3623

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 30, 2022.

Dated: December 1, 2022
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Terry Louise Brown  
    Debtor

Case No. 22-15591-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Dec 01, 2022      Form ID: plncf13      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terry Louise Brown, 338 Barclay Street, Burlington, NJ 08016-1738 |
| 519701832 | + | AM Solutions LLC, c/o FCI Lender Services, Inc., 8180 Kaiser Boulevard, Anaheim Hills, CA 92808-2277 |
| 519658489 | + | AM Solutions LLC, 817 West End Avenue #12A, New York, NY 10025-5322 |
| 519658490 | + | Brianna Brown, 520 Collings Avenue, Collingswood, NJ 08107-1600 |
| 519658491 | + | FCI Lender Services, Inc. servicer, for AM Solutions, LLC, P.O. Box 28960, Anaheim, CA 92809-0165 |
| 519658493 | + | New Jersey Housing and Mtg. Fin. Agency, 637 South Clinton Avenue, Trenton, NJ 08611-1811 |
| 519658496 | #+ | Stern & Eisenberg, 1040 Kings Highway N, Suite 407, Cherry Hill, NJ 08034-1925 |
| 519664913 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 01 2022 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 01 2022 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519661263 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 01 2022 20:57:59 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519694173 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 01 2022 20:57:59 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519658488 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 01 2022 20:54:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 519709552 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 01 2022 20:55:00 | CSMC 2018-RPL1 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519658492 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 01 2022 20:55:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 519681888 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 01 2022 20:58:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519703080 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 01 2022 20:55:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519658494 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 01 2022 20:55:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, P.O. Box 660360, Dallas, TX 75266-0360 |
| 519702817 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 01 2022 20:55:00 | Nissan-Infiniti LT LLC fka Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |

Case 22-15591-MBK   Doc 32   Filed 12/03/22   Entered 12/05/22 00:26:41   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 01, 2022 | Form ID: plncf13 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519708677 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 01 2022 20:57:58 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 519658495 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 01 2022 20:55:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 519704855 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 01 2022 20:58:06 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519659260 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 01 2022 20:58:06 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519658497 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 01 2022 20:58:06 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519658498 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 01 2022 20:58:13 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519658499 | | Email/Text: bankruptcy@td.com | Dec 01 2022 20:55:00 | TD Bank, Attn: Bankruptcy, 1701 Route 70 E, Cherry Hill, NJ 08034 |
| 519658500 | | Email/Text: bankruptcy@td.com | Dec 01 2022 20:55:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 519663527 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 01 2022 20:57:56 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St Louis Park, MN 55426-4938 |
| 519658501 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 01 2022 20:58:14 | Wells Fargo-pl&l, Max F8234f-02f, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519664553 | *+ | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 03, 2022          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 01, 2022 | Form ID: plncf13 | Total Noticed: 29 |

Denise E. Carlon
    on behalf of Creditor CSMC 2018-RPL1 Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Edward L. Paul
    on behalf of Debtor Terry Louise Brown elp@edwardlpaulpc.com
    veronica@edwardlpaulpc.com;kate@edwardlpaulpc.com;r39949@notify.bestcase.com

Steven Eisenberg
    on behalf of Creditor AM Solutions LLC bkecf@sterneisenberg.com
    jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 5