| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 22-15591 / MBK**

Terry Louise Brown

Petition Filed Date: 07/13/2022
341 Hearing Date: 08/11/2022
Confirmation Date: 11/22/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/02/2022 | $1,200.00 | 86860160 | 09/12/2022 | $1,200.00 | 87032070 | 10/04/2022 | $1,200.00 | 87382400 |
| 10/28/2022 | $1,200.00 | 87922490 | 11/28/2022 | $1,440.00 | 88478870 | 01/06/2023 | $1,320.00 | 89244750 |
| 01/06/2023 | $1,320.00 | 89244750 | 01/06/2023 | ($1,320.00) | 89244750 | 01/26/2023 | $1,320.00 | 89602120 |
| 02/23/2023 | $1,320.00 | 90136770 | | | | | | |

**Total Receipts for the Period:  $10,200.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $10,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Terry Louise Brown | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Edward L. Paul, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,113.00 | $3,113.00 | $0.00 |
| 1 | WELLS FARGO BANK,NA | Unsecured Creditors | $2,788.55 | $0.00 | $2,788.55 |
| 2 | TD BANK,NA | Unsecured Creditors | $5,013.10 | $0.00 | $5,013.10 |
| 3 | LVNV FUNDING LLC<br>»»  SYNCHRONY | Unsecured Creditors | $2,219.50 | $0.00 | $2,219.50 |
| 4 | ALLY CAPITAL<br>»»  2017 NISSAN SENTRA | Debt Secured by Vehicle | $546.78 | $41.86 | $504.92 |
| 5 | AM SOLUTIONS LLC<br>»»  P/338 BARCLAY ST/2ND MTG | Mortgage Arrears | $64,573.45 | $4,943.65 | $59,629.80 |
| 6 | NISSAN-INFINITI LT<br>»»  2020 NISSAN ROGUE SPORT/LEASE ASSUME | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 7 | MIDLAND FUNDING, LLC<br>»»  CITIBANK/HOME DEPOT/JUDGMENT/DC-008360-14 | Unsecured Creditors | $1,000.53 | $0.00 | $1,000.53 |
| 8 | SYNCHRONY BANK<br>»»  AMAZON STORE CARD | Unsecured Creditors | $454.00 | $0.00 | $454.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  GE CAPITAL/JC PENNEY | Unsecured Creditors | $1,672.37 | $0.00 | $1,672.37 |
| 10 | CSMC 2018-RPL1 TRUST<br>»»  P/338 BARCLAY ST/1ST MTG/ORDER 9/9/22 | Mortgage Arrears | $1,480.28 | $113.32 | $1,366.96 |
| 11 | New Jersey Housing and Mtg. Fin. Agency<br>»»  P/338 BARLCAY ST/3RD MTG/AVOID LIEN | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 22-15591 / MBK

|  | **SUMMARY** | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 3/13/2023: | | | |
| Total Receipts: | $10,200.00 | Plan Balance: | $68,640.00 ** |
| Paid to Claims: | $8,211.83 | Current Monthly Payment: | $1,320.00 |
| Paid to Trustee: | $763.20 | Arrearages: | $0.00 |
| Funds on Hand: | $1,224.97 | Total Plan Base: | $78,840.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.