| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 22-15591 / MBK**

Terry Louise Brown

Petition Filed Date: 07/13/2022
341 Hearing Date: 08/11/2022
Confirmation Date: 11/22/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2023 | $1,320.00 | 89244750 | 01/06/2023 | $1,320.00 | 89244750 | 01/06/2023 | ($1,320.00) | 89244750 |
| 01/26/2023 | $1,320.00 | 89602120 | 02/23/2023 | $1,320.00 | 90136770 | 03/23/2023 | $1,320.00 | 90695580 |
| 05/01/2023 | $1,320.00 | 91398610 | 05/26/2023 | $1,320.00 | 91868460 | 06/29/2023 | $1,320.00 | 92451250 |
| 07/27/2023 | $1,320.00 | 92947370 | 08/30/2023 | $1,320.00 | 93460140 | 09/28/2023 | $1,320.00 | 94007790 |
| 10/30/2023 | $1,320.00 | 94538480 | 11/27/2023 | $1,320.00 | 95007290 | 12/29/2023 | $1,320.00 | 95538240 |
| 01/25/2024 | $1,320.00 | 95990110 | | | | | | |

**Total Receipts for the Period: $18,480.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $24,720.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Terry Louise Brown | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Edward L. Paul, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,113.00 | $3,113.00 | $0.00 |
| 1 | WELLS FARGO BANK,NA | Unsecured Creditors | $2,788.55 | $0.00 | $2,788.55 |
| 2 | TD BANK,NA | Unsecured Creditors | $5,013.10 | $0.00 | $5,013.10 |
| 3 | LVNV FUNDING LLC<br>»» SYNCHRONY | Unsecured Creditors | $2,219.50 | $0.00 | $2,219.50 |
| 4 | ALLY CAPITAL<br>»» 2017 NISSAN SENTRA | Debt Secured by Vehicle | $546.78 | $142.22 | $404.56 |
| 5 | AM SOLUTIONS LLC<br>»» P/338 BARCLAY ST/2ND MTG | Mortgage Arrears | $64,573.45 | $16,792.26 | $47,781.19 |
| 6 | NISSAN-INFINITI LT<br>»» 2020 NISSAN ROGUE SPORT/LEASE ASSUME | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 7 | MIDLAND FUNDING, LLC<br>»» CITIBANK/HOME DEPOT/JUDGMENT/DC-008360-14 | Unsecured Creditors | $1,000.53 | $0.00 | $1,000.53 |
| 8 | SYNCHRONY BANK BY AIS INFOSOURCE LP<br>»» AMAZON STORE CARD | Unsecured Creditors | $454.00 | $0.00 | $454.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» GE CAPITAL/JC PENNEY | Unsecured Creditors | $1,672.37 | $0.00 | $1,672.37 |
| 10 | CSMC 2018-RPL1 TRUST<br>»» P/338 BARCLAY ST/1ST MTG/ORDER 9/9/22 | Mortgage Arrears | $1,480.28 | $384.96 | $1,095.32 |
| 11 | New Jersey Housing and Mtg. Fin. Agency<br>»» P/338 BARLCAY ST/3RD MTG/AVOID LIEN | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 22-15591 / MBK

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,720.00 | Plan Balance: | $54,120.00 ** |
| Paid to Claims: | $20,432.44 | Current Monthly Payment: | $1,320.00 |
| Paid to Trustee: | $1,866.68 | Arrearages: | ($1,320.00) |
| Funds on Hand: | $2,420.88 | Total Plan Base: | $78,840.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**